KIMBERLY A. DONOVAN (SBN 160729)
kdonovan@gcalaw.com
VALERIE M. WAGNER (SBN 173146)
vwagner@gcalaw.com
GCA LAW PARTNERS LLP
2570 W. El Camino Real, Suite 400
Mountain View, CA 94040
Tel: 650-428-3900 / Fax: 650-428-3901

Attorneys for Plaintiff
HUDDLESTON DELUXE, INC.

ROBERT M. FUHRER (*Pro Hac Vice*)
robert.fuhrer@pillsburylaw.com
JACK BARUFKA *(Pro Hac Vice)*
jack.barufka@pillsburylaw.com
PILLSBURY WINTHROP SHAW PITTMAN LLP
1650 Tysons Blvd, 14th Floor
McLean, VA 22102-4856
Tel: 703-770-7543 / Fax: 703-905-2500

DIANNE L. SWEENEY (SBN 187198)
dianne@pillsburylaw.com
MONICA A. HERNANDEZ (SBN 280195)
monica.hernandez@pillsburylaw.com
PILLSBURY WINTHROP SHAW PITTMAN LLP
2550 Hanover Street
Palo Alto, CA 94304-1115
Tel: 650-233-4500 / Fax: 650-233-4545

Attorneys for Defendants
BASS PRO OUTDOOR WORLD, LLC and BASS PRO, LLC

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| HUDDLESTON DELUXE, INC., a Nevada Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>BASS PRO OUTDOOR WORLD, LLC and BASS PRO, LLC,<br><br>Defendants. | CASE NO. 3:18-CV-02145-EDL<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>**Judge: Honorable Elizabeth D. Laporte** |

- 1 -

**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON MOTION TO DISMISS
CASE NO. 3:18-CV-02145-EDL**

1  Pursuant to Civil Local Rule 6-2, Plaintiff Huddleston Deluxe, Inc. ("Plaintiff") and
2  Defendants Bass Pro Outdoor World, LLC, and Bass Pro, LLC (collectively, "Defendants")
3  hereby stipulate and request that the Court enter an order continuing the hearing date for
4  Defendants' Motion to Dismiss Plaintiff's First Amended Complaint.

5  WHEREAS, on July 16, 2018, Defendants filed a Motion to Dismiss Plaintiff's First
6  Amended Complaint (Dkt. 30) ("Motion");

7  WHEREAS, on July 19, 2018, the Court granted the Parties' stipulation to modify the
8  deadlines to file an Opposition to the Motion, Reply in support of the Motion, and hearing date on
9  the Motion (Dkt. 35);

10  WHEREAS, on August 10, 2018, Plaintiff filed an Opposition to the Motion (Dkt. 36);

11  WHEREAS, on August 31, 2018, Defendants filed their Reply in support of the Motion
12  (Dkt. 37);

13  WHEREAS, the hearing on the Motion is scheduled for Tuesday, September 18, 2018, at
14  2:00 p.m. before Magistrate Judge Laporte;

15  WHEREAS, the Parties are engaged in settlement negotiations and require additional time
16  to try to settle the dispute. In order to avoid the cost, time, burden, and use of the Court's and the
17  Parties' resources, the Parties hereby stipulate to a continuance of the hearing date on the Motion;

18  WHEREAS, this Stipulation will not alter any dates as the Initial Case Management
19  Conference has yet to take place and no dates have been set by the Court.

20  THEREFORE, the Parties hereby stipulate to a continuance of the hearing date on the
21  Motion by two weeks, or the next available date thereafter on the Court's calendar.

22

23  (SIGNATURES ON NEXT PAGE)
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

- 2 -

**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON MOTION TO DISMISS
CASE NO. 3:18-CV-02145-EDL**

1  IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Respectfully submitted,

GCA LAW PARTNERS LLP

Dated: September 13, 2018   By:   */s/ Kimberly A. Donovan*
KIMBERLY A. DONOVAN
Attorneys for Plaintiff
HUDDLESTON DELUXE, INC.

PILLSBURY WINTHROP SHAW PITTMAN LLP

Dated: September 13, 2018   By:   */s/ Robert M. Fuhrer*
ROBERT M. FUHRER
Attorneys for Defendants
BASS PRO OUTDOOR WORLD, LLC and
BASS PRO, LLC

### [PROPOSED] ORDER

PURSUANT TO STIPULATION, it is hereby ordered that the hearing on Defendants' Motion to Dismiss Plaintiff's First Amended Complaint is continued to October  2 , 2018, at 9:00 a.m.

DATED: September 14, 2018

*[signature]*

The Honorable Elizabeth D. Laporte
UNITED STATES MAGISTRATE JUDGE

- 3 -
**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON MOTION TO DISMISS
CASE NO. 3:18-CV-02145-EDL**