1  KIMBERLY A. DONOVAN (SBN 160729)
   kdonovan@gcalaw.com
2  VALERIE M. WAGNER (SBN 173146)
   vwagner@gcalaw.com
3  **GCA LAW PARTNERS LLP**
   2570 W. El Camino Real, Suite 400
4  Mountain View, CA 94040
   Tel.: (650) 428-3900 / Fax: (650) 428-3901
5
   Attorneys for Plaintiff
6  HUDDLESTON DELUXE, INC.

7  ROBERT M. FUHRER (*Pro Hac Vice*)
   robert.fuhrer@pillsburylaw.com
8  JACK S. BARUFKA  (*Pro Hac Vice*)
   jack.barufka@pillsburylaw.com
9  **PILLSBURY WINTHROP SHAW PITTMAN LLP**
   1650 Tysons Blvd., 14th Floor
10 McLean, VA  22102-4856
   Tel.: (703) 770-7543 / Fax: (703) 905-2500
11
   DIANNE L. SWEENEY (SBN 187198)
12 dianne@pillsburylaw.com
   MONICA A. HERNANDEZ (SBN 280195)
13 monica.hernandez@pillsburylaw.com
   **PILLSBURY WINTHROP SHAW PITTMAN LLP**
14 2550 Hanover Street
   Palo Alto, CA 94304-1115
15 Tel.: (650) 233-4500 / Fax: (650) 233-4545

16 Attorneys for Defendants
   BASS PRO OUTDOORWORLD, L.L.C. and BASS PRO, LLC
17

18             IN THE UNITED STATES DISTRICT COURT

19            FOR THE NORTHERN DISTRICT OF CALIFORNIA

20                  SAN FRANCISCO DIVISION

21

22 HUDDLESTON DELUXE, INC., a Nevada        Case No. 3:18-CV-2145-EDL
   Corporation,
23                                          **JOINT STIPULATION AND
                                            [PROPOSED] ORDER FOR DISMISSAL
24         Plaintiff,                       WITH PREJUDICE**

25         vs.                              Judge:  Honorable Elizabeth D. Laporte

26 BASS PRO OUTDOOR WORLD, LLC and BASS
   PRO, LLC,
27
           Defendants.
28
                                    1

Plaintiff Huddleston Deluxe, Inc. ("Plaintiff") and Defendants Bass Pro Outdoor World, LLC and Bass Pro, LLC ("Defendants") (collectively "the Parties"), by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS, Plaintiff filed its Complaint for Patent Infringement, Copyright Infringement and Unfair Competition against Defendants on April 10, 2018 [Doc. 1] and its First Amended Complaint for Patent Infringement, Copyright Infringement and Unfair Competition against Defendants on June 25, 2018 [Doc. 23];

WHEREAS, Defendants filed a Partial Answer to Plaintiff's First Amended  Complaint for Patent Infringement, Copyright Infringement and Unfair Competition on July 16, 2018 [Doc. 29]; and

WHEREAS, the Parties have entered into a written Settlement Agreement to settle all matters in controversy between them;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and through the undersigned Counsel, that Plaintiff's claims asserted against Defendants are hereby dismissed in their entirety with prejudice. Each party is to bear its own costs, expenses and attorneys' fees.

Respectfully submitted,

Dated:  September 28, 2018                    GCA LAW PARTNERS LLP

                                    By:
                                          */s/ Kimberly A. Donovan*
                                          KIMBERLY A. DONOVAN
                                          Attorneys for Plaintiff
                                          HUDDLESTON DELUXE, INC.

Dated:  September 28, 2018                    PILLSBURY WINTHROP SHAW PITTMAN LLP

                                    By:   */s/ Robert M. Fuhrer*
                                          ROBERT M. FUHRER
                                          Attorneys for Defendants
                                          BASS PRO OUTDOORWORLD, L.L.C. and BASS
                                          PRO, LLC

1    Pursuant to the above stipulation, IT IS HEREBY ORDERED that this action is dismissed with

2  prejudice.  Each party is to bear its own costs, expenses and attorneys' fees.

3

4  Date: _____          _____

5                                                    Magistrate Judge Elizabeth D. Laporte

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE
CASE NO. 3:18-CV-2145-EDL

**ATTESTATION**

I, Kimberly A. Donovan, am counsel for Plaintiff Huddleston Deluxe, Inc. in this action. I am the registered ECF user under whose name and password this JOINT STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE is being filed. Pursuant to Civil Local Rule 5-1(i), I attest that the concurrence in the filing of this document has been obtained from each of the other signatories.

Dated:  September 28, 2018                      GCA LAW PARTNERS LLP

                                                */s/ Kimberly A. Donovan*
                                                 Kimberly A. Donovan