KIMBERLY A. DONOVAN (SBN 160729)
kdonovan@gcalaw.com
VALERIE M. WAGNER (SBN 173146)
vwagner@gcalaw.com
**GCA LAW PARTNERS LLP**
2570 W. El Camino Real, Suite 400
Mountain View, CA 94040
Tel.: (650) 428-3900 / Fax: (650) 428-3901

Attorneys for Plaintiff
HUDDLESTON DELUXE, INC.

ROBERT M. FUHRER (*Pro Hac Vice*)
robert.fuhrer@pillsburylaw.com
JACK S. BARUFKA  (*Pro Hac Vice*)
jack.barufka@pillsburylaw.com
**PILLSBURY WINTHROP SHAW PITTMAN LLP**
1650 Tysons Blvd., 14th Floor
McLean, VA  22102-4856
Tel.: (703) 770-7543 / Fax: (703) 905-2500

DIANNE L. SWEENEY (SBN 187198)
dianne@pillsburylaw.com
MONICA A. HERNANDEZ (SBN 280195)
monica.hernandez@pillsburylaw.com
**PILLSBURY WINTHROP SHAW PITTMAN LLP**
2550 Hanover Street
Palo Alto, CA 94304-1115
Tel.: (650) 233-4500 / Fax: (650) 233-4545

Attorneys for Defendants
BASS PRO OUTDOORWORLD, L.L.C. and BASS PRO, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HUDDLESTON DELUXE, INC., a Nevada Corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>BASS PRO OUTDOOR WORLD, LLC and BASS PRO, LLC,<br><br>    Defendants. | Case No. 3:18-CV-2145-EDL<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Judge:   Honorable Elizabeth D. Laporte |

1  Plaintiff Huddleston Deluxe, Inc. ("Plaintiff") and Defendants Bass Pro Outdoor World, LLC
2  and Bass Pro, LLC ("Defendants") (collectively "the Parties"), by and through their undersigned
3  counsel, hereby stipulate as follows:

4  WHEREAS, Plaintiff filed its Complaint for Patent Infringement, Copyright Infringement and
5  Unfair Competition against Defendants on April 10, 2018 [Doc. 1] and its First Amended Complaint
6  for Patent Infringement, Copyright Infringement and Unfair Competition against Defendants on June
7  25, 2018 [Doc. 23];

8  WHEREAS, Defendants filed a Partial Answer to Plaintiff's First Amended Complaint for
9  Patent Infringement, Copyright Infringement and Unfair Competition on July 16, 2018 [Doc. 29]; and

10 WHEREAS, the Parties have entered into a written Settlement Agreement to settle all matters
11 in controversy between them;

12 NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and through the
13 undersigned Counsel, that Plaintiff's claims asserted against Defendants are hereby dismissed in their
14 entirety with prejudice. Each party is to bear its own costs, expenses and attorneys' fees.

Respectfully submitted,

Dated:  September 28, 2018            GCA LAW PARTNERS LLP

By:
*/s/ Kimberly A. Donovan*
KIMBERLY A. DONOVAN
Attorneys for Plaintiff
HUDDLESTON DELUXE, INC.

Dated:  September 28, 2018            PILLSBURY WINTHROP SHAW PITTMAN LLP

By:  */s/ Robert M. Fuhrer*
ROBERT M. FUHRER
Attorneys for Defendants
BASS PRO OUTDOORWORLD, L.L.C. and BASS PRO, LLC

1  Pursuant to the above stipulation, IT IS HEREBY ORDERED that this action is dismissed with
2  prejudice.  Each party is to bear its own costs, expenses and attorneys' fees.

Date:    October 1, 2018       _____
Magistrate Judge Elizabeth D. Laporte